■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROSENDO NAZARIO, Appellant. [629 NYS2d 712] —Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Chautauqua County Court, Ward, J.—Criminal Possession Controlled Substance, 2nd Degree.) Present—Green, J. P., Lawton, Wesley, Davis and Boehm, JJ.